UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  **Cesar Geronimo**               Case No.:   **19-23568-JKS**

                                          Chapter:    **7**

                                          Judge:      **John K. Sherwood**

---
**NOTICE OF PROPOSED ABANDONMENT**
---

Benjamin A. Stanziale, Jr., Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Jeanne A. Naughton, Clerk<br>United States Bankruptcy Court<br>50 Walnut Street<br>Newark, New Jersey 07102 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable John K. Sherwood on October 15, 2019, at 10:00 a.m. at the United States Bankruptcy Court, Courtroom No. 3D. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of Property: **225 Malcom Avenue, Garfield, New Jersey**<br><br>**Current Market Value of Property: $350,000.00**<br>**Estimated Cost of Sale: $35,000.00** |
|---|

| Liens on property: **HSBC: $884,013.00** |
|---|

| Amount of equity claimed as exempt: **$25,150.00** |
|---|

Objections must be served on, and requests for additional information directed to:

Name:       Benjamin A. Stanziale, Jr., Trustee

Address:    29 Northfield Avenue, Suite 201, West Orange, New Jersey 07052

Telephone No.: (973) 731-9393

United States Bankruptcy Court
District of New Jersey

In re:
Cesar Geronimo
    Debtor

Case No. 19-23568-JKS
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Sep 10, 2019
    Form ID: pdf905    Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 12, 2019.
db    Cesar Geronimo,    225 Malcolm Ave,    Garfield, NJ  07026-1123
518348158    PARKER MCCAY P.A.,    9000 Midlantic Dr Ste 300,    Mount Laurel, NJ  08054-1539
518348159    Specialized Loan Servicing/Sls,    Attn: Bankruptcy Dept,    8742 Lucent Blvd Ste 300,     Highlands Ranch, CO  80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg    E-mail/Text: usanj.njbankr@usdoj.gov Sep 10 2019 23:30:37     U.S. Attorney,    970 Broad St.,     Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg    +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 10 2019 23:30:32     United States Trustee,     Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,     Newark, NJ 07102-5235
    TOTAL: 2

    ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 12, 2019    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 10, 2019 at the address(es) listed below:
    Benjamin A. Stanziale, Jr.    on behalf of Trustee Benjamin A. Stanziale, Jr.     trustee@stanzialelaw.com, nj45@ecfcbis.com
    Benjamin A. Stanziale, Jr.    trustee@stanzialelaw.com, nj45@ecfcbis.com
    Denise E. Carlon    on behalf of Creditor    HSBC Bank USA, National Association, as Trustee Et Al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
    Kevin Gordon McDonald    on behalf of Creditor    HSBC Bank USA, National Association, as Trustee Et Al... kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
    Paul Anthony Figueroa, III    on behalf of Debtor Cesar  Geronimo figueroa@focusedlaw.com, andres@focusedlaw.com;g35648@notify.cincompass.com;soltis@focusedlaw.com
    U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
    TOTAL: 6