| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Denise Carlon<br>KML Law Group, PC<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ 08108<br>Specialized Loan Servicing LLC as servicer for HSBC bank USA, National Association, as Trustee for the Holders of the Deutsche Alt- A Securities, Inc. Mortgage Loan Trust, Mortgage Pass-Through Certificates Series 2007 -OA1 | |
| In Re:<br>    Geronimo, Cesar | |

**Order Filed on October 9, 2019
by Clerk U.S. Bankruptcy Court
District of New Jersey**

Case No:   19-23568 JKS

Hearing Date: **September 10, 2019 at 10:00 A.M.**

Judge:  John K. Sherwood

| Recommended Local Form: | ☐ Followed | ☐ Modified |
|---|---|---|

# ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: October 9, 2019**

*/s/ John K. Sherwood*

Honorable John K. Sherwood
United States Bankruptcy Court

Upon the motion of <u>Specialized Loan Servicing LLC as servicer for HSBC Bank USA, National Association, as Trustee for the Holders of the Deutsche Alt- A Securities, Inc. Mortgage Loan Trust, Mortgage Pass-Through Certificates Series 2007 -OA1</u>, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

- ■ Real Property More Fully Described as:

   **Land and premises commonly known as    225 Malcolm Avenue, Garfield NJ 07026**

- ☐ Personal Property More Fully Describes as:

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure. Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 19-23568-JKS
Cesar Geronimo                                                                  Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1           Date Rcvd: Oct 09, 2019
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 11, 2019.
db            Cesar Geronimo,   225 Malcolm Ave,   Garfield, NJ   07026-1123

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 11, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 9, 2019 at the address(es) listed below:
              Benjamin A. Stanziale, Jr.    on behalf of Trustee Benjamin A. Stanziale, Jr.
               trustee@stanzialelaw.com,    nj45@ecfcbis.com
              Benjamin A. Stanziale, Jr.    trustee@stanzialelaw.com,    nj45@ecfcbis.com
              Denise E. Carlon    on behalf of Creditor    HSBC Bank USA, National Association, as Trustee Et
               Al... dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor    HSBC Bank USA, National Association, as Trustee
               Et Al... kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Paul Anthony Figueroa, III    on behalf of Debtor Cesar  Geronimo figueroa@focusedlaw.com,
               andres@focusedlaw.com;g35648@notify.cincompass.com;soltis@focusedlaw.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6